IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANDREW JONATHAN SANDERS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL CASE NO. SA-25-CV-837-FB |
| | § | |
| SCOTT & ASSOCIATES, P.C., and | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The Court has considered the Report and Recommendation of United States Magistrate Judge filed in the above-captioned cause on June 2, 2026 (ECF No. 13), concerning the status of the above-referenced case and Defendant JP Morgan Chase Bank's Motion to Dismiss (ECF No. 8). According to the CM/ECF system, the Report and Recommendation was sent by certified mail, return receipt requested on June 3, 2026 (ECF No. 14). To date, the docket reflects no objections to the Report and Recommendation have been received.[1]

In the Report, United States Magistrate Judge Richard B. Farrer recommends that this case should be DISMISSED under Rule 41(b) for want of prosecution and failure to comply with a Court order. Magistrate Judge Farrer explains dismissal pursuant to Rule 4(m) of the Federal Rules of Civil Procedure is also warranted as to the unserved Defendant Scott & Associates, PC. Moreover,

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing ." FED. R. CIV. P. 5(b)(2)(C). If service is made by electronic means, "service is complete upon transmission." *Id.* at (E). When the mode of service is by electronic means, three days are no longer added to the time period to act after being served. *See Heverling v. McNeil Consumer Pharmaceuticals, Co.*, Civil Action No. 1:17-CV-1433, 2018 WL 1293304 at *2 n.3 (M.D. Pa. Mar. 13, 2018) ("On April 28, 2016, the Supreme Court adopted changes to the Federal Rules of Civil Procedure. In pertinent part, the Court amended Rule 6(d) to remove 'electronic means' as a mode of service triggering an additional three days to act when a responsive period commences upon service. *See* FED. R. CIV. P. 6, advisory committee's note to 2016 amendment. The amendments took effect on December 1, 2016.").

if this Court adopts that recommendation, Magistrate Judge Farrer recommends further that Defendant's Motion to Dismiss (ECF No. 8) should be dismissed as moot.

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989). The Recommendation shall therefore be accepted pursuant to 28 U.S.C. § 636(b)(1) such that Plaintiff's case shall be DISMISSED pursuant to Rule 41(b) for want of prosecution and failure to comply with a court order, which also warrants dismissal under Rule 4(m) as to the unserved Defendant Scott & Associates, PC, and the Motion to Dismiss (ECF No. 8) shall be DISMISSED AS MOOT.

Accordingly, it is hereby ORDERED that the Report and Recommendation of United States Magistrate Judge filed in this cause on June 2, 2026 (ECF No. 13), is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Plaintiff's case is DISMISSED pursuant to Rule 41(b) for want of prosecution and failure to comply with a court order, which also warrants dismissal under Rule 4(m) as to the unserved Defendant Scott & Associates, PC, and the Motion to Dismiss (ECF No. 8) is DISMISSED AS MOOT. Other motions pending, if any, are also DISMISSED AS MOOT, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 14th day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE